UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.   2:04 CR 80 |
| | ) | |
| LANCE FOSTER | ) | |

### A P P E A R A N C E

To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5 (g) and appendix B-65-B-70 of this Court and will faithfully adhere to them.   I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance in this case as **co-counsel** for the government.

/s/ Nathaniel L. Whalen
*Signature*

Nathaniel Whalen
*Print Name*

5400 Federal Plaza, Suite 1500
Hammond, IN 46320
*Address*

(219) 937-5500
*Phone Number*

Nathaniel.Whalen@usdoj.gov
*E-Mail Address*

## *CERTIFICATE OF SERVICE*

I hereby certify that on August 31, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filings to counsel of record.

*/s/ Jessica A. Taulbee*
Jessica A. Taulbee
Legal Assistant