**UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF INDIANA**

| UNITED STATES OF AMERICA | CASE NUMBER: 2:04CR80-007 |
| Plaintiff, | USM Number: 08104-027 |
| vs. | |
| LANCE FOSTER | THOMAS N. O'MALLEY - FCD |
| Defendant. | DEFENDANT'S ATTORNEY |

**AMENDED JUDGMENT IN A CRIMINAL CASE**

**Date of Original Judgment:** 6/20/2007

**Reason for Amendment:** Reduction of Sentence Pursuant to § 404 of First Step Act of 2018 and 18 U.S.C. § 3582(c)

**THE DEFENDANT** was found guilty on Count 7 of the Superseding Indictment after a Jury Trial held on 10/30/2006 through 11/6/2006.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Ended | Count Number |
|---|---|---|
| 21:841(a)(1) and 851 and 18:2: DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE, COMMONLY KNOWN AS CRACK COCAINE AND AIDING AND ABETTING | June 2004 | 7s |

The Defendant was found not guilty of Count 2s.

The Defendant is sentenced as provided in page 2 of this Judgment.

March 28, 2019
Date of Imposition of Judgment

s/ Theresa L. Springmann
Signature of Judge

Theresa L. Springmann, Chief Judge, U.S. District Court
Name and Title of Judge

March 28, 2019
Date

## IMPRISONMENT

The Defendant has been released from the custody of the United States Bureau of Prisons.

## SUPERVISED RELEASE

The Defendant shall be on supervised release for a term of **8 YEARS.**

## CONDITIONS OF SUPERVISED RELEASE

The provisions of the original Judgment entered on 6/20/2007 otherwise remain unchanged.

## CRIMINAL MONETARY PENALTIES

The provisions of the original Judgment entered on 6/20/2007 otherwise remain unchanged.