Lance D. Foster

16714 Summer Cypress Ct.

Cypress TX 77429

D.O.B 3-14-80

Case# 204CR80



February 1, 2020

## Request for Early Termination of Federal Probation

To the Presiding Judge,

Your Honor, I am writing to petition the court for an early release from probation.

As a low risk probationer, I have satisfied all the terms of my probation, all conditions have been met including but not limited to. Ardap (drug) class, fees and fines, and the ability to obtain and maintain full time employment. I have not re-offended or had any contact with law enforcement since my release, nor have I missed any appointments, scheduled visits or had a positive test as it pertains to my sobriety.

Immediately upon being released from Michigan City Halfway house, I relocated to Houston TX to reunite with my seventeen-year-old son and his mother who is now my fiancé. I was instantly welcomed with open arms, love, and support from the entire family. After only one month I was able to obtain full time employment in which I currently hold to date. This position has taught me skills, organization, and work ethic so much so that it has encouraged me to further explore entrepreneurship opportunities by starting my very own transportation company (Foster Legacy Trucking). I intend for Foster Legacy to serve as a starting point of employment for family men like myself who just need a second chance at life.

I can not verbally explain the extent of mental anguish I suffer from daily, reflecting on how much of my life was thrown away from wrong decisions made in my early years, however I am able to look ahead positively while focusing solely on raising my six children, four biological and two bonus children. I have vowed to remain an upstanding citizen of society and lead by example. I am blessed to have been released in time to watch my oldest daughter graduate form HS and now my Oldest son here soon. As my family prepares to send him off to college, I would be so grateful to be released from all probationary restrictions in my efforts to diligently build my own company from ground zero and travel with my children while they are entering into young adult hood.

I would like to thank you for taking the time to read my letter and hope you will take my termination request into consideration when making your decision. If you require any additional information or documentation, I will be more than happy to supply it.

Respectfully, *[signature: Ron Foster]*